UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JENNA HOSCHKE, DEVON AUERBACH,
TARA INZINNA,

                                      Plaintiffs,

-against-

BELFAST GASTRO PUB INC., DAVID
CROWE, an individual, ROBERT FORTIER,
an individual,

                                     Defendants.
-----------------------------------------------------------------X

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE 7.1**

Case No. 23-cv-06059-GRB-JMW

The corporate Defendant, BELFAST GASTRO PUB INC., by its attorneys, SAHN WARD BRAFF KOBLENZ PLLC, as and for its Corporate Disclosure Statement Pursuant to Federal Rule 7.1 respectfully submits as follows:

1. No such corporation listed in Rule 7.1(a)(1) exists in relation to the corporate Defendant.

Dated: Uniondale, New York
         October 10, 2023

                                        SAHN WARD BRAFF KOBLENZ PLLC
                                        *Attorneys for Defendants*

                                        By: /s/ Emili Kilom
                                              EMILI KILOM
                                        333 Earle Ovington Boulevard, Suite 601
                                        Uniondale, New York 11553
                                        (516) 228-1300