LAW OFFICES

# ARENSON, DITTMAR & KARBAN

420 LEXINGTON AVENUE

SUITE 1402

NEW YORK, N.Y. 10170

**FACSIMILE**
(212) 682-0278

**TELEPHONE**
(212) 490-3600

April 3, 2024

**VIA ECF**
Hon. Magistrate Judge James M. Wicks
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   **RE:** *Jenna Hoschke, et al. v. Belfast Gastro Pub Inc., et al.*
   Case No. 23-cv-06059-NJC-JMW

Dear Judge Wicks:

  On behalf of the Plaintiffs, we submit the enclosed Substitution of Attorney forms, signed by each of the Plaintiffs, former counsel, and each of the new attorneys.

  We request that the Court so order these forms.

           Respectfully,

           /s Anna Goldstein
           Anna Goldstein, Esq.
           Arenson, Dittmar & Karban
           420 Lexington Avenue, Suite 1402
           New York, New York 10170
           (212)490-3600

CC: Deborah Epstein, Esq.