# UNITED STATES DISTRICT COURT

__Eastern__ District of __New York__

Jenna Hoschke, Devon Auerbach, Tara Inzinna,

                  Plaintiff (s),

V.

Belfast Gastro Pub Inc., David Crowe, an individual, Robert Fortler, an individual

                  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:23-CV-06059

Notice is hereby given that, subject to approval by the court, __J. Hoschke, D. Auerbach, and T. Inzinna__ substitutes
                                                                              (Party (s) Name)

__Avi Mermelstein__, State Bar No. __5184882__ as counsel of record in
(Name of New Attorney)

place of __Raymond Nardo, Esq., Raymond Nardo, P.C.__
                          (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     Arenson, Dittmar & Karban
    Address:        420 Lexington Avenue, Suite 1402, New York, NY 10170
    Telephone:     (212) 490-3600     Facsimile (212) 682-0278
    E-Mail (Optional):     avi@adklawfirm.com

I consent to the above substitution.
Date:     3/15/2024
                                      (Signature of Party (s))

I consent to being substituted.
Date:     3/27/24
                                        (Signature of Former Attorney (s))

I consent to the above substitution.
Date:     3/15/2024         Avi Mermelstein     Digitally signed by Avi Mermelstein
                                        Date: 2024.03.15 11:43:48 -04'00'
                                        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:                                                                                  Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]