# UNITED STATES DISTRICT COURT

__Eastern__ District of __New York__

Jenna Hoschke, Devon Auerbach, Tara Inzinna,
                  Plaintiff(s),

V.

Belfast Gastro Pub Inc., David Crowe, an individual,
Robert Fortier, an individual
                  Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:23-CV-06059

Notice is hereby given that, subject to approval by the court, __J. Hoschke, D. Auerbach, and T. Inzinna__ substitutes
(Party (s) Name)

__Anna Goldstein__, State Bar No. __5843842__ as counsel of record in
(Name of New Attorney)

place of __Raymond Nardo, Esq., Raymond Nardo, P.C.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Arenson, Dittmar & Karban
    Address: 420 Lexington Avenue, Suite 1402, New York, NY 10170
    Telephone: (212) 490-3600      Facsimile (212) 682-0278
    E-Mail (Optional): anna@adklawfirm.com

I consent to the above substitution.
Date: 3/15/2024
                              (Signature of Party(s))

I consent to being substituted.
Date: 3/24/24
                              (Signature of Former Attorney(s))

I consent to the above substitution.
Date: 3/15/2024      Anna Goldstein    Digitally signed by Anna Goldstein Date: 2024.03.15 10:23:30 -06'00'
                              (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____      _____
                                                                  Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]