UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jenna Hoschke, Devon Auerbach, Tara Inzinna, and Christina Rivera,<br><br>　　　　　　　　　　Plaintiffs,<br><br>-against-<br><br>Belfast Gastro Pub Inc., David Crowe, an individual, Robert Fortier, an individual,<br><br>　　　　　　　　　　Defendants. | **Civil Action**<br><br>**Case No. 23-CV-6059 (JMW)** |

## PLAINTIFF CHRISTINA RIVERA'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Christina Rivera, through undersigned counsel, hereby accepts and provides notice that she has accepted Defendants' Offer of Judgment attached hereto.

Dated: New York, New York
　　　　July 1, 2025

　　　　　　　　　　　　　　　　　　　　**ARENSON, DITTMAR & KARBAN**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Avi Mermelstein
　　　　　　　　　　　　　　　　　　　　420 Lexington Avenue, Suite 1402
　　　　　　　　　　　　　　　　　　　　New York, New York 10170
　　　　　　　　　　　　　　　　　　　　avi@adklawfirm.com
　　　　　　　　　　　　　　　　　　　　(212) 490-3600
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Jenna Hoschke, Devon Auerbach, Tara Inzinna, and
Christina Rivera,

          Plaintiffs,

-against-

Belfast Gastro Pub Inc., David Crowe, an individual,
Robert Fortier, an Individual,

          Defendants.
-------------------------------------------------------------------X

**<u>OFFER OF JUDGMENT
PURSUANT TO RULE 68</u>**

**Case No. 23-CV-6059 (JMW)**

   Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants, BELFAST GASTRO PUB INC., DAVID CROWE, an individual, ROBERT FORTIER, an individual, offer to allow judgment to be taken against them and in favor of Plaintiff, CHRISTINA RIVERA, with respect to the instant action in the amount of $1,000.00 inclusive of all damages, liquidated damages and/or penalties, interest, reasonable attorneys' fees, costs, expenses and reasonable expert fees actually incurred to the extent that said Plaintiff is entitled to the foregoing by law. This offer of judgment is intended to resolve all of said Plaintiff's claims and Defendants' counterclaims with respect to said Plaintiff in this action related to any and all claims for compensatory damages, statutory damages, physical pain and suffering, attorneys' fees, litigation expenses and any other costs of this action.

   This offer will be deemed withdrawn unless Plaintiff serves a written notice of acceptance within fourteen (14) days of the date of this Offer. This offer is made solely for the purposes of Rule 68 and neither it, nor any judgment resulting from this offer, may be construed as an admission (a) of any liability on the part of Defendants or (b) that Plaintiff is entitled to any relief herein or that he has suffered any damages whatsoever. This offer of judgment may not be

filed with the Court or disclosed to any third party unless (a) accepted or (b) in conjunction with any motion to dismiss this action as no actual case or controversy exists in light of the foregoing offer of judgment.

Dated: Uniondale, New York
   June 20, 2025

                SAHN WARD BRAFF COSCHIGNANO PLLC
                *Attorneys for Defendants*

                By: _____
                   HILLARY K. MASSEY
                333 Earle Ovington Boulevard, Suite 601
                Uniondale, New York 11553
                (516)228-1300

TO:  ARENSON, DITTMAR & KARBAN
    *Attorneys for Plaintiffs*
    420 Lexington Ave, Suite 1402
    New York, New York 10170
    (212) 490-3600